FILED

07 OCT 31 PM 4:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>      v.                          )<br>                                  )<br> EDUARDO BARAJAS, et al.,         )<br>   aka Eddie-Boy,                 )<br>                                  )<br>           Defendants.            )<br>_____) | Criminal Case No. 07CR2985-WQH<br><br>NOTICE OF RELATED CASE<br><br>~~SECRET~~<br>UNSEALED AS OF<br>11/6/07 |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to <u>United States of America v. Salvador Chavez-Chavez, et al.</u>, Criminal Case No. 07CR1407-WQH, and <u>United States of America v. Andres Chavez-Chavez, et al.</u>, Criminal Case No. 07CR1408-WQH.

   DATED: October 31, 2007.

                                  KAREN P. HEWITT
                                  United States Attorney

                                  /s/ Timothy F. Salel
                                  TIMOTHY F. SALEL
                                  Assistant U.S. Attorney