1

2  Howard B. Frank
   Attorney at Law
3  136 Redwood Street
   San Diego, CA 92103
4  (619) 574-1888
   California State Bar No. 38098
5

6  Attorney for Defendant
   Ernesto Roman Lopez

7

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11               (Honorable William Q. Hayes)

12

13  UNITED STATES OF AMERICA,        )    Criminal Case No. 07-CR-2985
                                     )
14              Plaintiff,           )
                                     )    Substitution of Counsel;
15  v.                               )    Order Approving Substitution
                                     )    of Counsel
16  ERNESTO ROMAN LOPEZ,             )
                                     )
17              Defendant.           )
                                     )
18  _____ )

19      Defendant Ernesto Roman Lopez hereby substitutes Howard B. Frank, 136

20  Redwood Street, San Diego, CA 92103, 619-574-1888, in the above matter as his

21  counsel of record in lieu Frank Ragen.

22  Dated: November 15, 2007         _Ernesto Roman Lopez_
23                                   Ernesto Roman Lopez
                                     Defendant
24

25  I consent to the above substitution.

26  Dated: November 15, 2007         _Frank Ragen_
                                     Frank Ragen
27

28

FRANK & MILCHEN
ATTORNEYS AT LAW
36 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888

FILED

NOV 15 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2      I accept the above substitution.

3  Dated:  November 15, 2007
                                                Howard B. Frank
4

5

6

7                   **Order Approving Substitution of Counsel**

8      It is hereby ordered that Howard B. Frank be substituted in as

9  counsel of record for defendant Ernesto Roman Lopez in place of Frank Ragen.

10  Dated:  November 15, 2007

11                                              Cathy Ann Bencivengo
                                                United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FRANK & MILCHEN
ATTORNEYS AT LAW
36 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888