AO 442

FID 1407264

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Ernesto Roman Lopez (9),
aka Ernie

UNSEALED 11/6/07   07 NOV 20 AM 9: 38

WARRANT FOR ARREST

CASE NUMBER:   07cr2985 WQH

BY: _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Ernesto Roman Lopez (9), aka Ernie
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine

DATE 11/06/07
ARRESTED BY _____ USMS
Steven Stafford (Acting)
U.S. MARSHAL, S/CA
BY Cesar Martin

RECEIVED 2007 NOV -1 A 11: 9
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title    See Above    United States Code, Section(s)

W. Samuel Hamrick, Jr.                    Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

s/ J. Jocson                              11/01/07   San Diego, California
Signature of Deputy                       Date and Location

Bail fixed at $   No-Bail   by   The Honorable Louisa S. Porter
                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEA- OCDETF  SW -CAS# 430 "OPERATION NIV THREE BROTHERS"
AUSA Peter Ko x 6668