O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

ERNESTO LOPEZ

WAIVER OF INDICTMENT

CASE NUMBER: 07cr2985

FILED
MAR - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, ERNESTO LOPEZ _____, the above named defendant, who is accused of

Title 21, U.S.C., Section 841(a)(1) - Possession of Methamphetamine With Intent to Distribute (Felony)
Title 18, U.S.C., Section 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___3-5-08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer