FILED

MAR - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2985-WQH |
|---|---|---|
| Plaintiff, | ) | **SUPERSEDING INFORMATION** |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine With Intent to Distribute (Felony); 18 U.S.C. Sec. 2 |
| ERNESTO LOPEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 9, 2007, within the Southern District of California, defendant ERNESTO LOPEZ did knowingly and intentionally possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, to wit: approximately 340 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code Section 2.

DATED: March 5, 2008.

KAREN P. HEWITT
United States Attorney

MICHAEL J. CROWLEY
Assistant U.S. Attorney